1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8               IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | 2:13-MC-00041-LKK-AC |
|----|---------------------------|----------------------|
| 12 | Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 13 | v. | |
| 14 | 2007 CADILLAC ESCALADE, VIN: 1GYFK63887R181762, LICENSE NUMBER: 6XZG177, | |
| 15 | | |
| 16 | Defendant. | |

17
18
19      It is hereby stipulated by and between the United States of America and claimant Christina
20 Marie Blea ("claimant"), by and through their respective counsel, as follows:
21      1.     On or about January 23, 2013, claimant Christina Marie Blea filed a claim in the
22 administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to
23 the 2007 Cadillac Escalade, VIN: 1GYFK63887R181762, License Number: 6XZG177 (hereafter
24 "defendant vehicle"), which was seized on November 8, 2012.
25      2.     The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. §
26 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the
27 defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a
28 claim to the defendant vehicle as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is April 23, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 22, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to July 22, 2013.

Dated:   4/23/13                                         BENJAMIN B. WAGNER
                                                         United States Attorney


                                                   By:   /s/ Kevin C. Khasigian
                                                         KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney


Dated:   4/23/13                                         /s/ J. Patrick McCarthy
                                                         J. PATRICK MCCARTHY
                                                         Attorney for claimant Christina Marie Blea

                                                         (Signature authorized by phone)


IT IS SO ORDERED.

Dated:  April 25, 2013.


                                                         LAWRENCE K. KARLTON
                                                         SENIOR JUDGE
                                                         UNITED STATES DISTRICT COURT